**Order entered October 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00550-CR

**DOYLE GENE ROBERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F13-55492-X**

## ORDER

Appellant's October 20, 2015 second motion to extend the time to file appellant's brief is before the Court. The record in this appeal shows the reporter's record was not complete until an exhibit was filed on September 4, 2015. Because of the delay in filing a complete record, we **GRANT** appellant's motion to the extent we **EXTEND** the time to file appellant's brief until **November 4, 2015**.

/s/     LANA MYERS
            JUSTICE